

**U.S. Department**

*United States A*
*Southern Distr.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/7/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *United States v. Natalia Korzha, Vladislav Neceaev and Anashon Kamalov,*
> 21 Cr. 295 (AT)

Dear Judge Torres:

The Indictment in the above-referenced matter was filed yesterday and wheeled out to Your Honor. The Government respectfully requests that a date be set for arraignment. We propose May 21 or 24, 2021, if either of those days is convenient for the Court. One of the defendants, Vladislav Neceaev, is currently detained at a Rikers Island facility on a probation violation in connection with a State matter, and we would like to give the authorities there as much advance notice as possible to arrange for the defendant to appear by video conference.

A copy of the Indictment is attached for the Court's convenience.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  ___/s/ Sarah Lai_____
Sarah Lai
Assistant United States Attorney
(212) 637-1944

cc: Mr. Albert Dayan, Esq.
Mr. Leo Shalit, Esq.
Ms. Margaret Shalley, Esq.

Defendants shall be arraigned before a magistrate judge. The Government shall inform the Court when the arraignment has been scheduled, at which time the Court shall set an initial conference before it.

SO ORDERED.

Dated: May 7, 2021
New York, New York

ANALISA TORRES
United States District Judge