

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Natalia Korzha, Vladislav Neceaev, and Anashon Kamalov,*
          21 Cr. 295 (AT)

Dear Judge Torres:

      The Government respectfully submits this letter to request that an initial conference be set in the above-referenced matter. Pursuant to Your Honor's referral, the defendants have all been arraigned in Magistrate Court. Defendant Vladislav Neceaev is currently serving a six-month sentence at a New York Department of Correction ("DOC") facility on an unrelated State matter. DOC has advised that it requires at least 48 hours' advance notice to produce an inmate for a videoconference, and it will provide a Microsoft Teams link for the videoconference. DOC's policy is located at https://www1.nyc.gov/site/doc/inmate-info/schedule-attorney-video-teleconference.page.

      In order to give DOC sufficient notice to produce Mr. Neceaev for the initial conference, and after conferring with the defense counsel regarding their availability, the Government requests that the initial conference be set for <u>any afternoon</u> during the week of June 1, 2021. The Government will submit the production request to DOC once Your Honor has set the date.

---

GRANTED. The Court will hold an initial conference in this action on **June 2, 2021**, at **1:00 p.m.**, using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Mar. 11, 2021), ECF No. 5 (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via telephone. Chambers will provide the parties with instructions on how to appear via video.

Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

*[Signature]*

ANALISA TORRES
United States District Judge