USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA,
VLADISLAV NECEAEV, and
ANASHON KAMALOV,

                         Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The conference scheduled for June 2, 2021, is hereby ADJOURNED to **June 3, 2021**, at **2:00 p.m.**, and will proceed using videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176 (S.D.N.Y. Mar. 11, 2021), ECF No. 5 (Criminal proceedings "cannot in all instances be conducted in person without seriously jeopardizing public health and safety . . . video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant").

       To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

       SO ORDERED.

Dated: May 25, 2021
         New York, New York

                                    ANALISA TORRES
                                    United States District Judge