USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Natalia Korzha,

    Defendant(s).

-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

21 -CR- 295 (AT)(__)

Defendant __Natalia Korzha,_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Natalia Korzha**
Print Defendant's Name

_____
Defense Counsel's Signature

**Albert Y. Dayan**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/4/2021
Date

_____
**ANALISA TORRES**
United States District Judge