USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2021_

# MARGARET M. SHALLEY,

MARGARET M. SHALLEY & ASSOCIATES
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

September 22, 2021

**VIA ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *U.S. v. Korzha, et al.*
          **21 CR 295 (AT)**

Dear Judge Torres:

  I am writing on behalf of the defendants Anashon Kamalov, Natalia Korzha, and Vladislav Neceaev in the above-referenced matter. The purpose of this letter is to respectfully request a 45-day adjournment of the status conference, which is currently scheduled for October 5, 2021. The defense is still in the process of reviewing the voluminous discovery, some of which is in Russian, and an adjournment of 45 days will allow counsels to continue to review the discovery and meet with our clients. This is the first request from all defendants for an adjournment of the conference and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the status conference for 45 days, to the week of November 22, 2021, or a date that is convenient to the Court. A Proposed Scheduling Order is attached for the Court's review.

  Additionally, all defendants consent to an exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled. The Court's time and consideration of this matter are greatly appreciated.

GRANTED. The conference scheduled for October 5, 2021, is ADJOURNED to **November 23, 2021**, at **2:00 p.m.** Time until November 23, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will permit counsel additional time to review discovery.

SO ORDERED.

Dated: September 22, 2021
   New York, New York

                _____
                 ANALISA TORRES
                United States District Judge