USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021_____

# MARGARET M. SHALLE

MARGARET M. SHALLEY & ASSOCI

225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 15, 2021

**VIA ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re:    *U.S. v. Korzha, et al.*
                           **21 CR 295 (AT)**

Dear Judge Torres:

    I am writing on behalf of the defendants Anashon Kamalov, Natalia Korzha, and Vladislav Neceaev in the above-referenced matter.  The purpose of this letter is to respectfully request a six-week adjournment of the status conference, which is currently scheduled for November 23, 2021. The defense is still in the process of reviewing the voluminous discovery and an adjournment of six weeks will allow counsels to continue to review the discovery, meet with our clients, and discuss with the Government possible pretrial resolutions of the matter.  This is the second request from all defendants for an adjournment of the conference and the Government consents to this request.  The previous request was granted.  Accordingly, it is respectfully requested that the Court adjourn the status conference for six weeks, to the week of January 10, 2021, or a date that is convenient to the Court.  A Proposed Scheduling Order is attached for the Court's review.

    Additionally, all defendants consent to an exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled.  The Court's time and consideration of this matter are greatly appreciated.

                              Respectfully submitted,

                              /s/   Margaret M. Shalley
                                    Albert Dayan
                                    Leo Shalit

GRANTED.  The conference scheduled for November 23, 2021, is ADJOURNED to **January 4, 2022**, at **10:30 a.m.**  Time until January 4, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will permit counsel additional time to review discovery.

SO ORDERED.

Dated: November 16, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge