USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA,
VLADISLAV NECEAEV, and
ANASHON KAMALOV,

                    Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The current COVID-19 trial protocols in place in the Southern District of New York do not permit the Court to hold a three-defendant criminal trial. The Court, therefore, intends to hold two separate trials in this matter, and shall utilize the centralized calendaring system for jury trials to request two trial dates for the third or fourth quarters of 2022. Accordingly, by **February 18, 2022**, the parties shall submit a joint letter that contains blackout dates for the third and fourth quarters of 2022 and proposes whom should be tried together and whom should be tried alone.

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge