|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>NATALIA KORZHA,<br>VLADISLAV NECEAEV, and<br>ANASHON KAMALOV,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/16/2022_<br><br>21 Cr. 295 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

The status conference scheduled for February 22, 2022, is ADJOURNED to **March 10, 2022,** at **1:00 p.m.** The conference will use the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 14, 2021), ECF No. 8 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

Additionally, the deadline for filing blackout dates for the second and third quarters of 2022 and the proposed groupings for trial is ADJOURNED from February 18, 2022, *see* ECF No. 60, to **March 7, 2022**.

SO ORDERED.

Dated: February 16, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge