```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,


        -against-


NATALIA KORZHA,
VLADISLAV NECEAEV, and
ANASHON KAMALOV,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for April 7, 2022, is ADJOURNED *sine die*. The Court shall hold a change of plea proceeding for Defendant Korzha on **April 20, 2022**, at **3:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

SO ORDERED.

Dated: April 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge