```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA,

                Defendant.

21 Cr. 295-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter for Defendant Natalia Korzha has been scheduled for **July 11, 2022**. Accordingly,

1. The parties shall inform the Court of the anticipated length of trial by **May 2, 2022**.

2. The parties shall file any motions *in limine* by **May 27, 2022**. The parties shall file any opposition to any motions *in limine* by **June 3, 2022**.

3. The parties shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **May 27, 2022**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed *voir dire* questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

4. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

5. The final pretrial conference shall occur **June 28, 2022**, at **3:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

SO ORDERED.

Dated: April 26, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge