```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

21 Cr. 295 (AT)

NATALIA KORZHA,
and VLADISLAV NECEAEV,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

    The sentencing for Defendant Neceaev scheduled for June 8, 2022, is ADJOURNED to **September 7, 2022**, at **3:00 p.m.**, at which time the Court shall hold a joint sentencing with Defendants Neceaev and Korzha. Defendants' sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing.

    The sentencing shall occur in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: May 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge