```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA,
and VLADISLAV NECEAEV,

                             Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 5, 2022, the Court scheduled a sentencing hearing for Defendants Korzha and Neceaev for September 7, 2022, and ordered Defendants to file their sentencing submissions two weeks before sentencing, on August 24, 2022. Defendant Korzha's submission is overdue. Accordingly, by **August 29, 2022**, at **12:00 p.m.**, Defendant Korzsha shall file her sentencing submission.

      SO ORDERED.

Dated: August 26, 2022
         New York, New York

                                                               ANALISA TORRES
                                                 United States District Judge