UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

NATALIA KORZHA,
and VLADISLAV NECEAEV,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the letters from Defendant Korzha and the Government dated August 26, 2022.  ECF Nos. 127–28.  Accordingly, by **August 30, 2022**, Defendant shall file her sentencing submissions.  By **September 1, 2022**, the Government may file a supplemental letter addressing any issues raised in Defendant's sentencing submissions.

      SO ORDERED.

Dated: August 29, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge