```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA,

                Defendant.

21 Cr. 295-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter from Defendant dated October 17, 2022. ECF No. 152. Accordingly, by **October 20, 2022**, at **12:00 p.m.**, the Government shall file a letter stating its position.

    SO ORDERED.

Dated: October 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge