```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

21 Cr. 295-1 (AT)

NATALIA KORZHA,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated October 17 and 19, 2022. ECF Nos. 152, 154. Accordingly, Defendant's request is GRANTED. Defendant shall surrender at the FCI Danbury Satellite Camp, located at 33½ Pembroke Station, Route 37, Danbury, Connecticut, by **October 24, 2022,** at **10:00 a.m.**

    SO ORDERED.

Dated: October 20, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge