```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :

UNITED STATES OF AMERICA

          - v. –                                         **ORDER**

NATALIA KORZHA,                          21 Cr. 295 (AT)

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, on or about March 11, 2021, the Honorable Barbara C. Moses, United States Magistrate Judge for the Southern District of New York, ordered defendant NATALIA KORZHA ("KORZHA" or the "Defendant") to be released, on consent, conditioned on a $250,000 personal recognizance bond ("PRB") secured by three financially responsible persons ("FRPs"), among other things;

WHEREAS, on or about March 26, 2021, the Honorable Kevin Nathaniel Fox, United States Magistrate Judge for the Southern District of New York, granted KORZHA's request, on consent, to modify the security for the PRB by replacing the three FRPs with one FRP and $20,000 in cash.

WHEREAS, on or about July 8, 2021, KORZHA personally posted $20,000 in cash (the "Bail Funds-1") as security for her PRB, and the Bail Funds-1 remain on deposit with the Clerk of Court (receipt number 465401277171);

WHEREAS, on or about July 8, 2021, KORZHA further personally posted $7,500 in cash (the "Bail Funds-2," collectively with the Bail Funds-1, the "Bail Funds") as security for the PRB of co-defendant Vladislav Neceaev ("Neceaev"), and the Bail Funds-2 remain on deposit with the Clerk of Court (receipt number 465401282367);

WHEREAS, on or about March 14, 2022, Neceaev pled guilty to Count One of Indictment 21 Cr. 295 (AT) (the "Indictment");

WHEREAS, on or about May 4, 2022, KORZHA pled guilty to Count One of the Indictment;

WHEREAS, on or about May 5, 2022, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a money judgment in the amount of $5,386,538 in United States currency (the "Money Judgment") against KORZHA;

WHEREAS, on or about September 7, 2022, KORZHA and Neceaev were sentenced and all proceedings relating to the Indictment have been terminated;

WHEREAS, to date, the Money Judgment remains outstanding; and

WHEREAS, the Government has moved, pursuant to Title 28, United States Code, Section 2044, that the Bail Funds be applied toward the payment of the Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the U.S. Customs and Border Protection which shall reference both NATALIA KORZHA's and Vladislav Neceaev's names and case number, and be delivered to the United States Attorney's Office, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, NY 10007.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States or its designee, the Office of Fines, Penalties, and Forfeiture, shall be authorized to deposit

the Bail Funds as a payment on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

SO ORDERED:

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

December 23, 2022
_____
DATE

New York, New York