|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>Natalia Korzha,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/7/2024_<br><br>21 Cr. 295-1 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

On September 7, 2022, Korzha was sentenced principally to a term of imprisonment of 48 months. ECF No. 140.

On December 27, 2023, Korzha filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. ECF No. 255. As relevant here, Amendment 821 provides a two-level offense level reduction for offenders with zero criminal history points who meet specified eligibility criteria. *See* U.S.S.G. § 4C1.1. The United States Probation Department has issued a report indicating that Korzha is not eligible for a sentence reduction. ECF No. 256.

Korzha is ineligible for the zero-point offender reduction because she received a three-level adjustment for her role as a manager or supervisor in the offense under §3B1.1(b). *See* ECF No. 256 at 3, 21. Moreover, even if she were eligible for this reduction, her original sentence is below the reduced Guidelines range—57 to 71 months for an offense level of 25 and a criminal history category of I. Her motion is, therefore, DENIED.

SO ORDERED.

Dated: February 7, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge